BURT WHITE v. STATE.

No. A-684.  Opinion Filed September 23, 1911.

Appeal from Pottawatomie County Court; E. D. Reasor, Judge.

6 Cr.—21

Burt White was convicted of violating the prohibitory law, and appeals. Affirmed.

L. P. Freeling and E. A. Hood, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted on the 23rd day of March, 1909, on a charge of selling whisky, and on the 30th day of March, thereafter, was sentenced by the court to pay a fine of seventy-five dollars, and be confined in the county jail for thirty days. The appeal was filed in this court on March 30th, 1910. No brief has been filed on behalf of plaintiff in error, and no appearance made for oral argument. The judgment of the trial court is affirmed under rule 4 of this court.